# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
AUG 27 2024 11:12 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| v. | **INDICTMENT** |
| **FREDDIE JOHNSON, JR.** aka "Freeze Pop", | 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of a Firearm)

1. On or about July 7, 2024, in the Southern District of Ohio, the defendant, **FREDDIE JOHNSON, JR.,** knowing that he had been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Smith & Wesson, .40 caliber pistol, bearing serial number FDX1305, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **FREDDIE JOHNSON, JR.,** shall forfeit to the United States the firearm involved in

or used in such offense, including but not limited to: a Smith & Wesson, .40 caliber pistol, bearing serial number FDX1305, and ammunition, seized on or about July 7, 2024.

**Forfeiture in accordance with 18 U.S.C. §924(d)(1), 28 U.S.C. §2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.
s/Foreperson

_____
FOREPERSON

**KENNETH L. PARKER**
**United States Attorney**

_____
**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**